

United States District Court
Eastern District of California

| CALSON MANAGEMENT LLC | Case Number: 2:22-cv-02090-MCE-JDP |

Plaintiff(s)

V.

S&W SOLUTIONS DBA "NETCHEX" ET AL.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Marisa A. Del Turco hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

S & W Payroll Services, L.L.C. d/b/a Netchex

On 10/17/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Louisiana (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/09/2023            Signature of Applicant: /s/ Marisa Del Turco

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marisa A. Del Turco |
| Law Firm Name: | Jones Walker LLP |
| Address: | 201 St. Charles Ave. |
| | Ste. 5100 |
| City: | New Orleans   State: LA   Zip: 70170-5100 |
| Phone Number w/Area Code: | (504) 582-8165 |
| City and State of Residence: | New Orleans, Louisiana |
| Primary E-mail Address: | mdelturco@joneswalker.com |
| Secondary E-mail Address: | kbrou@joneswalker.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Conte C. Cicala |
| Law Firm Name: | CLYDE & CO US LLP |
| Address: | 150 California Street |
| | 15th Floor |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | (415) 365-9800   Bar #: 173554 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 23, 2023

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE